IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD BAKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMON WEALTH OF PENNSYLVANIA, *et al.* | : | No. 13-643 |
| | : | |

## ORDER

AND NOW, this 31st day of July, 2013, upon consideration of the Petition for Writ of Habeas Corpus, the Commonwealth's Response, inclusive of all exhibits thereto, and after review of the Report and Recommendation of United States Chief Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; and

2. This Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is DISMISSED as moot.

IT IS SO ORDERED.

BY THE COURT:

_____
EDMDUND V. LUDWIG, J.